EXCHANGE MUTUAL INDEMN_TY INSURANCE COMPANY, Respondent, v. THE BRONX NATIONAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARION BRUNO and Another, as Administrators, etc., of PETER BRUNO, Deceased, Appellants, v. E. JOSEPH, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CONGREGAZIONE DI MARIA S. SA MONTE CARMELO IN NEW YORK, Appellant, v. BIRD S. COLER, Commissioner of Welfare of the City of New York, and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BROOKLYN TOOL & MACHINE CO., INC., Respondent, v. SAMUEL SILVERMAN, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMMA HELLER, Respondent, v. PHILIP HELLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SARAH YEVNIN, Respondent, v. HERMAN GLAUBACH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of MARY McCORD THRASHER, Respondent, v. FRANK SPOSITO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent.

CELESTINE F. COLIS and Others v. GEORGE C. ANDREWS and Others.— Preference granted for March 9, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM SCRIBNER, as Administrator, etc., v. EDWARD K. YOUNG.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE CITY OF NEW YORK v. W. G. CORNELL COMPANY.— Preference granted for March 3, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JAMES PILKINGTON CO., INC., v. THE CITY OF NEW YORK.— Preference granted for March 3, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JAMES PILKINGTON CO., INC., v. THE CITY OF NEW YORK.— Preference granted for March 3, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS AMBERG.— Preference granted for March 2, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANDREW CLAUS v. THIRD AVENUE ARCADE CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ANDREW ANDERSON v. HAY FOUNDRY AND IRON WORKS and Others. (McCALL & O'LEARY, Appellants.) — Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.